364

MERCHANTS INDEMNITY CORPORATION OF NEW YORK, PLAINTIFF-RESPONDENT, v. VICTORY IRON WORKS, INC., MARTIN EDSON, JR., DEFENDANTS, JOHN R. HENCHES, DEFENDANT-APPELLANT.

Argued April 20, 1964—Decided June 5, 1964.

*Mr. Seymour M. Karas* argued the cause for the appellant.

*Mr. H. Curtis Meanor* argued the cause for the respondent (*Messrs. Lamb, Blake, Hutchinson & Dunne,* attorneys; Mr. William V. Breslin, of counsel).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Gaulkin in the Appellate Division.

*For affirmance* — Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.